UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

UNITED STATES OF AMERICA,

                Plaintiff,                03:11-CR-85-ECR-VPC

vs.                                       MINUTES OF COURT

BRENT MICHAEL BELLAMY,          Date: February 2, 2012

                Defendant.
_____/

**PRESENT**: EDWARD C. REED, JR., SENIOR U.S. District Judge

Courtroom Deputy: Colleen Larsen; Court Reporter: None Appearing

Counsel for Plaintiff: None Appearing

Counsel for Defendant: None Appearing

**MINUTE ORDER IN CHAMBERS**

**IT IS HEREBY ORDERED** that this action is hereby referred to Chief Judge Jones, for purposes of reassignment to another Judge.

LANCE S. WILSON, CLERK

By    /s/
             Deputy