# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:11-CR-85-RCJ-(VPC) |
| ) | |
| BRENT MICHAEL BELLAMY, ) | |
| ) | |
| Defendant. ) | |

## FINAL ORDER OF FORFEITURE

On November 14, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853, based upon the plea of guilty by defendant BRENT MICHAEL BELLAMY to the criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offenses to which defendant BRENT MICHAEL BELLAMY pled guilty. Indictment, ECF No. 1; Change of Plea, ECF No. 13; Plea Memorandum, ECF No. 14; Preliminary Order of Forfeiture, ECF No. 17.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from November 21, 2011, through December 20, 2011, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 18.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2 time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time
4 for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6 title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7 United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9 2461(c); Title 21, United States Code, Section 853; and Title 21, United States Code, Section
10 853(n)(7) and shall be disposed of according to law:

11    a.    a Smith and Wesson, .22 caliber revolver, serial number CAP4524; and
12    b.    any and all ammunition.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
14 funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
15 as any income derived as a result of the United States of America's management of any property
16 forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
17 according to law.

18    The Clerk is hereby directed to send copies of this Order to all counsel of record and three
19 certified copies to the United States Attorney's Office.

20    DATED this ___1st___ day of ___July___, 2013.

_____
UNITED STATES DISTRICT JUDGE